UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CASSANDRA JASPER**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO: 2:18-cv-07656-NJB-JCW**

                                                              **MAGISTRATE: JOSEPH WILKINSON, JR.**

**JENNIFER L. SPADA, ALFRED P. SPADA**                                    **SECTION: G**
**NATIONWIDE INSURANCE COMPANY OF**
**AMERICA, AND STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**

## PLAINTIFFS' WITNESS & EXHIBIT LIST

Plaintiff, Cassandra Jasper, through undersigned counsel and pursuant to the Court's scheduling order entered in connection with the trial in the referenced matter [Doc. 9] submits the following witness and exhibit list. Plaintiff reserves the right to supplement these lists as discovery continues.

## WITNESS LIST

Plaintiff, Cassandra Jasper may call at the trial of this matter, one or more of the following witnesses:

1. Cassandra Jasper

2. Defendant Jennifer L. Spada

3. Defendant Alfred P. Spada

4. New Orleans Police Department Investigating Officer, William Edward

5. Kathleen Riley

6. All experts listed by defendants

7. All medical providers or representatives of medical providers who provided medical care, services or medicines to plaintiff, including but not limited to Ochsner Neurosciences Institute – Slidell, Ochsner Medical Center – Northshore, Ochsner

    Medical Center – Northshore – Radiology, Ochsner Specialty Health Center One, Ochsner Therapy & Wellness, Ochsner Health Center – Covington

8. Benjamin G. Guevara, MD, Ochsner Neurosciences Institute – Slidell, Northshore Orthopedic, 104 Medical Center Dr., Slidell, LA 70461, treating physician who may testify regarding medical injuries and damages

9. Taylor R. Scully, LPN, Ochsner Neurosciences Institute – Slidell, Northshore Orthopedic, 104 Medical Center Dr., Slidell, LA 70461, LPN who may testify regarding medical injuries and damages

10. Carl A. Mayeaux, MD, Ochsner Medical Center – Northshore, 100 Medical Center Dr., Slidell, LA 70461, treating physician who may testify regarding medical injuries and damages

11. David J. Donaldson, Jr., MD,, Ochsner Medical Center – Northshore, 100 Medical Center Dr., Slidell, LA 70461, treating physician/radiology who may testify regarding medical injuries and damages

12. Peter B. Blessey, MD, Ochsner Health Center – Covington, 1000 Ochsner Blvd., Covington, LA 70433, treating physician who may testify regarding medical injuries and damages

13. Troy J. Davis, MD, Ochsner Health Center – Covington, 1000 Ochsner Blvd., Covington, LA 70433, treating physician who may testify regarding medical injuries and damages

14. Nicholas P. Goyeneche, MD, Ochsner Specialty Health Center Two, Physical Medicine and Rehabilitation, 105 Medical Center Drive, Northshore Two Building, Ste. 103, Slidell, LA 70461, treating physician who may testify regarding medical injuries and damages

15. Stacie L. Huft, LPN, Ochsner Specialty Health Center One, Physical Medicine and Rehabilitation, 1850 Gause Blvd., East, Slidell, LA 70461, LPN who may testify regarding medical injuries and damages

16. Niki Mason, LPN, Ochsner Specialty Health Center One, Physical Medicine and Rehabilitation, 1850 Gause Blvd., East, Slidell, LA 70461, LPN who may testify regarding medical injuries and damages

17. _____, Ochsner Therapy & Wellness, 850 Veterans Memorial Blvd., Metairie, LA 70005, treating physicians who may testify regarding medical injuries and damages; Any witnesses listed by any other party to this proceeding

18. A representative of the Veterans Administration to authenticate any and all payroll/earnings records

19. A representative of Ochsner Main Campus to authenticate any and all payroll/earnings records from Ochsner Main Campus

20. Devonika Hodges of the Veterans Administration to substantiate and/or authenticate any and all payroll/earnings

21. Jessica Diaz of Ochsner Main Campus to substantiate and/or authenticate any and all payroll/earnings

22. Any witness deposed in these proceedings

23. All witnesses referred to or identified in any party's' responses to interrogatories or other written discovery

24. All persons mentioned in any depositions taken in this matter

25. All persons identified in any document produced, exchanged or reviewed in this matter

## EXHIBIT LIST

1. State of Louisiana Uniform Motor Vehicle Traffic Crash Report

2. Photographs of plaintiff's and defendant's vehicle

3. Property damage estimate regarding plaintiff's and defendant's vehicle

4. Certified copy of Nationwide Insurance policy no. PPNC0020589796

5. Certified copy of State Farm Insurance policy no. 233 0225-E09-18

6. Certified medical records and bills from Benjamin G. Guevara, MD

7. Certified medical records and bills from Carl A. Mayeaux, MD

8. Certified medical records and bills from David J. Donaldson, Jr., MD

9. Certified medical records and bills from Nicholas P. Goyeneche, MD

10. Certified medical records and bills from Troy J. Davis, MD

11. Certified medical records and bills from Peter B. Blessey, MD

12. Certified medical records and bills from Ochsner Medical Center – Covington

13. Certified medical records and bills from Ochsner Health Center – Covington

14. Certified medical records and bills from Ochsner Medical Center – North Shore

15. Certified medical records and bills from Ochsner Health Center North Shore

16. Certified medical records and bills from Ochsner Neurosciences Institute – Slidell

17. Certified medical records and bills from Ochsner Northshore Orthopedics

18. Certified medical records and bills from Ochsner Physical Medicine and Rehabilitation

19. Certified medical records and bills from Ochsner Therapy and Wellness

20. Certified medical records and bills from any and all medical appliances, medical equipment and mobility aids

21. Certified medical and billing record for any and all laboratory studies

22. Certified medical and billing record for any and all therapeutic modality treatments

23. Certified medical records and bills from any/all pharmacies

24. 2015-present Tax returns of Cassandra Jasper

25. Payroll/earnings records from the Veterans Administration

26. Payroll/earnings records from Ochsner Main Campus

27. Any and all braces and/or medical devices

28. Any and all medical imaging for Cassandra Jasper; and

29. Any and all medical illustration(s), diagrams and/or models.

Plaintiff reserves the right to supplement.

Respectfully submitted,

BRUNO & BRUNO

__/s/ Joseph M. Bruno, Jr._____
JOSEPH M. BRUNO, JR. 30229
855 Baronne Street
New Orleans, LA 70113
Direct Dial: (504) 324-6603
Direct Fax: (504) 323-5830
josephjr@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Witness & Exhibit Lists has been served upon all counsel of record either by U.S. Mail, facsimile transmission or electronic mail on this _____10____ day of May, 2019.

                                     /s/ Joseph M. Bruno, Jr.
                                     Joseph M. Bruno, Jr.